IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRIA CASIANO, individually,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Delaware corporation,<br><br>Defendant. | No. 2:25-CV-01571-MLP<br><br>ORDER STAYING PROCEEDINGS UNTIL NOVEMBER 9, 2026<br><br>~~[PROPOSED]~~ |

The Court, having reviewed the Joint Motion to Continue the Stay of Proceedings, finds that a continued stay of these proceedings is appropriate and in the interest of judicial economy and potential resolution of the claims through the administrative process. Further stay of these proceedings will not prejudice Plaintiff.

NOW, THEREFORE, it is ORDERED that the Joint Motion to Continue the Stay of Proceedings is GRANTED. It is further ORDERED that all deadlines, including the deadline by which Defendant must answer the Complaint, be stayed until November 9, 2026.

//

//



BEAN LAW GROUP
2200 6th Ave, Suite 500
Seattle, WA 98121
(206) 522-0618

Presented by:

BEAN LAW GROUP

*/s/ Matthew J. Bean*
Matthew Bean, WSBA #23221
matt@beanlawgroup.com

*/s/ Jason W. Preston*
Jason W. Preston, WSBA #61451
jason@beanlawgroup.com
2200 6th Ave, Ste 500
Seattle, WA 98121
T: 206.522.0618
F: 206.524.3751

ASHURST PERKINS COIE US LLP

*/s/ Julie Lucht*
Julie Lucht, WSBA #31278
julie.lucht@ashurstperkins.com
1301 2nd Ave, Ste 4200
Seattle, WA 98101
T: 206.359.3154
F: 206.359.9000

DATED: this 26th day of October, 2026

MICHELLE L. PETERSON
United States Magistrate Judge